**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

BRUCE HEGG,

                        Plaintiff,

        - against -

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,

                        Defendant.

----------------------------------------------------------X

**ORDER**

CV 04-0989 (JS) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      At the March 29, 2005 pretrial conference, I ordered the parties to file their joint pretrial order by May 5, 2005. Docket Entry ("DE") 28. The parties failed to meet this deadline and have not submitted an application for an extension of time to submit the pretrial order or provided an explanation for their failure to meet this deadline.

      This is the second time that the parties have ignored my direction to file the pretrial order. The pretrial order was originally due on March 22, 2005. DE 12. The parties failed either to submit a pretrial order or to request an extension. After the parties were contacted by my chambers, plaintiff submitted a letter dated March 28, 2005 apologizing "for not having prepared the initial pre-trial order or advising the Court relative to seeking the extension for same." DE 26 at 1. Despite this apology, the parties have again failed to meet this deadline.

      The parties are permitted one final opportunity to submit the joint pretrial order. By May 13, 2005, the parties shall file the joint pretrial order and a letter explaining their failure to comply with my orders.

The settlement conference scheduled for May 12, 2005 is adjourned to May 19, 2005, at 2:00 p.m. Prior to this conference, all parties must submit by mail or fax (not by ECF) a one-page, ex parte settlement position to me. These statements should update me on any changes in the parties' settlement positions that has occurred since the March 29, 2005 conference. These statements will be treated as confidential, and will not be docketed. Meaningful settlement discussions will occur at this conference; clients or other persons with full settlement authority must be available by telephone.

**SO ORDERED.**

Dated: Central Islip, New York
May 11, 2005

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge